# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SANDRA K. BROOKS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION No. |
| v. ) | 1:20-cv-00428-CAP-AJB |
| ) | |
| HITACHI AUTOMOTIVE SYSTEMS ) | |
| AMERICAS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sandra Brooks and Defendant Hitachi Automotive Systems Americas, Inc., by and through its attorneys of record, hereby stipulate that the above-styled action shall be dismissed with prejudice. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 5th day of January, 2021.

*/s/Edward N. Boehm, Jr.*  
Edward N. Boehm, Jr.  
Georgia Bar No. 183411  
Annalese H. Reese  
Georgia Bar No. 201866  
tboehm@fisherphillips.com  
areese@fisherphillips.com  

*/s/ Sandra K. Brooks*  
Sandra K. Brooks (pro se)  
1460 Giles Road  
Monroe, GA 30655  
Sandybro7@yahoo.com  

*Plaintiff*

FISHER & PHILLIPS LLP
1075 Peachtree Street NE
Suite 3500
Atlanta, GA 30309
Tel:  404-231-1400
Fax:  404-240-4249

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SANDRA K. BROOKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION No. |
| v. | ) | 1:20-cv-00428-CAP-AJB |
| | ) | |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January 2021, I served a true and correct copy of the foregoing **Joint Stipulation of Dismissal with Prejudice** by email to the following:

> Sandra K. Brooks
> 1460 Giles Road
> Monroe, GA 30655
> Sandybro7@yahoo.com

>> */s/ Edward N. Boehm Jr.*
>> Edward N. Boehm, Jr.